IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BILLY RAY IRICK | ) | |
| | ) | |
| v. | ) | No. 3:10-1004 |
| | ) | |
| GAYLE RAY, et al. | ) | |

## ORDER

The Court held a status conference in this case on October 28, 2010. At the conference, the Court established the following schedule: The Defendants shall file an answer or dispositive motion on or before November 1, 2010; the Plaintiff shall file any response on or before November 12, 2010; and the Defendants shall file any reply on or before November 17, 2010.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE